JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HAMIL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SEAN BYRNE; GAETANO NICASSIO; RYAN NERENBERG; ALEX COLLINS; ERIC ROSE; and DOES 1–10, inclusive, <br> Defendants. | CASE No.: 5:24-cv-02025-KK-SHK <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**ORDER:**

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), all claims and counterclaims are settled, and the case is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

Accordingly, the Clerk of the Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

DATED:   May 6, 2025

_____
Hon. Kenly K. Kato
United States District Court